JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS, INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK MEDFORD, an individual; JOSH MEDFORD, an individual; GREG MEDFORD, an individual; and DOES ONE through TEN, inclusive,<br><br>    Defendant. | Case No. SACV10-01339-JST (MLGx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS MARK MEDFORD, JOSH MEDFORD, AND GREG MEDFORD** |

CONSENT JUDGMENT AND PERMANENT INJUNCTION

    Plaintiff Nautilus, Inc. ("Plaintiff"), and Defendants Mark Medford, Josh Medford, and Greg Medford ("Defendants"), having settled this action on terms agreeable to all parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1.    Defendants shall pay to Plaintiffs the sum of $1,000,000.00 in statutory damages under the Lanham Act, 15 U.S.C. § 1117(c), in accordance with the terms of the Settlement Agreement entered into by the parties on August 18, 2011.

    2.    Defendants, and their agents, servants, attorneys and employees, and all persons in active concert or participation with them, are hereby permanently enjoined

from:

    a.    purchasing, importing, distributing, selling, or offering for sale, counterfeit good bearing trademarks owned by Plaintiff, or assisting, aiding or abetting any other person or entity in doing so;

    b.    using Plaintiff's trademarks or trademarks confusingly similar therewith, or any trade dress inherent in Plaintiff's goods or any trade dress confusingly similar therewith, or assisting, aiding or abetting any other person or entity in doing so; or

    c.    importing, distributing, selling, or offering for sale, exercise equipment infringing patents owned by Plaintiff, or assisting, aiding or abetting any other person or entity in doing so.

3. Within thirty (30) days after entry of this Consent Judgment, Defendants shall deliver up to Plaintiff any and all exercise equipment in their possession, custody, and/or control that infringes any trademarks, trade dress or patents owned by Plaintiff.

4. Within thirty (30) days after entry of this Consent Judgment, Defendants shall deliver up to counsel for Plaintiff any and all documents in their possession, custody, and/or control that reflect or relate to the purchase, importation, storage, shipping, or sale of exercise equipment that infringes any trademarks, trade dress or patents owned by Plaintiff.

5. Within ninety (90) days after entry of this Consent Judgment, Defendants shall to prepare and deliver to counsel for Nautilus a complete list of entities from whom Defendants purchased, and to whom they sold, exercise equipment that infringes any trademarks, trade dress or patents owned by Plaintiff.

/ / /
/ / /
/ / /
/ / /
/ / /

1      6.   The Court shall retain jurisdiction to enforce this Consent Judgment and
2 Permanent Injunction.
3      7.   The parties shall bear their own costs and attorneys' fees.

6 DATED:  August 25, 2011

_____
Honorable Josephine Staton Tucker
UNITED STATES DISTRICT JUDGE